IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

PAUL ALEXANDER BLAIS, *et al*,   *
                                 *
                    Plaintiffs   *
                                 *   Civil Action No.
                                 *   ~~00-2328 (RMU)~~ RCL
                                 *   02-285
ISLAMIC REPUBLIC OF IRAN, et al  *
                                 *
                    Defendants   *

ORDER

Upon consideration of Judgment Creditors' Motion to Revive Judgment of September 29, 2006, the Court hereby GRANTS such motion. The Judgment is extended in favor of the Judgement Creditors and against the Defendants for another twelve years, or September 29, 2030.

SO ORDERED, this __16th__ day of __October__, 2018.

_____
United States District Judge